IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALBERTO HINEGES, JR.,<br><br>        Defendants. | 4:15CR3026<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of attorney Joel Lonowski and Morrow, Poppe, & Watermeier & Lonowski P.C., to withdraw as counsel of record for defendant Hinegas, (filing no. 50), is granted.

2) The clerk shall delete Joel Lonowski from any future ECF notifications herein.

April 16, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge