IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ALBERTO HINEGES JR.,<br><br>　　　　　　　Defendants. | 4:15CR3026<br><br>**ORDER** |

　　　The defendant has moved for a review of the detention order and proposes release to live with his aunt in Idaho. (Filing No. 71). Defendant's history includes drug and weapons convictions, repeated probation violations, and four convictions for driving under the influence, including while on probation..

　　　Defendant's current release proposal may (or may not) adequately address the risk that he will fail to appear for court proceedings if released, but it does not address the risk of danger to the community.

　　　Accordingly,

　　　IT IS ORDERED that the defendant's motion to review detention, (filing no. 71), is denied.

　　　September 23, 2015.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge