IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:15CR3026-2 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALBERTO HINEGES, JR., | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with James Martin Davis and Bruce Gillan was held. The trial of this case is continued until further order of the court because defense counsel is seriously ill, the principal prosecutor of this case is out of state in training, and a plea offer has only recently been offered to the defendant. Therefore,

IT IS ORDERED that:

(1) The trial of this case is continued until further order of the court.

(2) A telephone status conference with counsel will be held on March 4, 2016, at 11:30 a.m. The undersigned's judicial assistant will coordinate the call.

(3) The time between today's date and March 4, 2016, is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

Dated February 9, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge