IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

            vs.

ALBERTO HINEGES, JR.

                    Defendant.

**4:15CR3026**


**JUDGMENT OF ACQUITTAL**


It is ORDERED:


The defendant has been found not guilty on Count II of the Superseding Indictment and is discharged as to such count. Accordingly, the forfeiture allegation is dismissed with prejudice as against this defendant only and the government shall promptly return all items or money that was seized from Mr. Hineges.[1]


Dated this 22nd day of April, 2016


                              BY THE COURT:

                              s/ Richard G. Kopf
                              Senior United States District Judge

---

[1] Counsel agreed prior to trial that if the defendant was acquitted by the jury such a result would resolve the forfeiture claim in favor of this defendant only.